JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA AGUILAR,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., ET AL,<br><br>        Defendants. | Case No. EDCV 14-02104-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 20, 2014

                                  VIRGINIA A. PHILLIPS
                            United States District Judge